**Morer LEE, Plaintiff—Appellant,**

v.

**Edward A. MALLORY, Jr., Defendant—Appellee.**

**No. 09–2365.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 22, 2010.

Morer Lee, Appellant Pro Se.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Morer Lee appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lee v. Mallory,* No. 1:09–cv–02868–RDB, 2009 WL 3806774 (D.Md. Nov. 12, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

---

co-conspirators.

the court and argument would not aid the decisional process.

*AFFIRMED.*